SCWC-14-0001287

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

TONY ALAN WILLIAMS,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001287; S.P.P. NO. 11-1-0065;
CR. NOS. 87-0851 & 87-1589)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Tony Alan Williams'

application for writ of certiorari filed on April 18, 2016, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 27, 2016.

Tony Alan Williams,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

